UNITED STATES DISTRICT COURT
Western District of North Carolina,
Charlotte Division

**AFFIDAVIT OF SERVICE**


*240080*

Index no :3:23-cv-00303-RJC-DCK

T.E., Individually and on behalf of all others similarly situated

    Plaintiff(s),

vs.

Aetna International, LLC, et al

    Defendant(s).
_____/

STATE OF CONNECTICUT
                              ss: East Hartford
HARTFORD COUNTY

**Christine Foran**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **05/30/2023** at **11:50 AM**, I served the within **Summons in a Civil Action; Class Action Complaint for Damages and Demand for Jury Trial; Civil Cover Sheet** on **Aetna Corporate Services, Inc.** at c/o **CT Corporation System, Reg Agent, 67 Burnside Avenue, East Hartford, CT 06108** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Gary Scappini, Manager/Managing Agent** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Aetna Corporate Services, Inc.**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Brown/Gray | 65 | 6'3" | 205 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
May 30, 2023
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

X_____
Christine Foran
D & B Legal Services, Inc.
PO Box 7471
Overland Park, KS 66207
913-362-8110
Atty File#:

**AMY J. CHANTRY**
*NOTARY PUBLIC*
My Commission Expires Mar. 31, 2028