IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-303-RJC-DCK

| T.E., | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| AETNA INTERNATIONAL, LLC, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 23) filed by Emily J. Beeson, concerning John A. Love, on June 14, 2023. John A. Love seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 23) is **GRANTED**. John A. Love is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 14, 2023

David C. Keesler
United States Magistrate Judge