# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| T.E., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA INTERNATIONAL, LLC, AETNA, INC., AETNA HEALTH MANAGEMENT, INC., AETNA HEALTH, INC., AETNA CORPORATE SERVICES, LLC, AETNA RESOURCES, LLC, NATIONSBENEFITS, LLC, and NATIONSBENEFITS HOLDINGS, LLC,<br><br>Defendants. | Case No. 3:23-cv-00303-RJC-DCK |

## NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff T.E. ("Plaintiff") individually and on behalf of the putative class by and through counsel dismisses her action against Defendant AETNA INTERNATIONAL, LLC, AETNA, INC., AETNA HEALTH MANAGEMENT, INC., AETNA HEALTH, INC., AETNA CORPORATE SERVICES, LLC, and AETNA RESOURCES, LLC *ONLY* without prejudice, with each party to bear their own costs.

All other claims against the remaining Defendants remain pending.

Respectfully submitted this the 20th day of June, 2023.

*Maureen M. Brady*

Maureen M. Brady (*pro hac vice*)
McShane & Brady, LLC
1656 Washington Street, Suite 120
Kansas City, MO 64108
Telephone: (816) 888-8010
Email: mbrady@mcshamebradylaw.com


Emily J. Beeson
Ward Black Law
208 W. Wendover Ave.
Greensboro, NC 27401
Telephone: (336) 502-6208
Email: ebeeson@wardblacklaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing was served via email this 20th day of June 2023 to:

Brandon C.E. Springer (Bar No. 54523)
ALSTON & BIRD LLP
101 N. Tryon Street, Suite 4000
Charlotte, NC 28280
Telephone: (704) 444- 1007
Fax: (704) 444-1111
brandon.springer@alston.com

*Counsel for Aetna, International, LLC,*
*Aetna, Inc.,*
*Aetna Health Management, Inc.,*
*Aetna Health, Inc.,*
*Aetna Corporate Services, LLC,*
*and Aetna Resources, LLC*

*/s/ Maureen M. Brady*
_____
Attorney for Plaintiff